UNITED STATES DISTRICT COURT          EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GEORGE CRUMBOCK, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:20-CV-500 |
| | § | |
| WARDEN, SATELLITE PRISON CAMP, | § | |
| FCC BEAUMONT | § | |
| | § | |
| Respondent. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, George Crumbock, a prisoner formerly confined at the Satellite Prison Camp at FCC Beaumont, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends the petition be dismissed for failure to exhaust administrative remedies (Doc. # 13).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings.  No objections to the Report and Recommendation have been filed to date.[1]

---

[1]    A copy of the Report and Recommendation was returned as undeliverable with the notation that Petitioner was released (Doc. # 14).

**ORDER**

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct

and the report of the Magistrate Judge is **ADOPTED.**  A Final Judgment will be entered in this

case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 4th day of March, 2022.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE